UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LISA M. HEALY,                          )    NO. CV 07-2593-CJC(CT)
                                        )
            Plaintiff,                  )
                                        )    JUDGMENT
            v.                          )
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of                         )
Social Security,                        )
                                        )
            Defendant.                  )
                                        )
_____)

     Pursuant to the order of the court accepting the findings,

conclusions, and recommendation of the magistrate judge,

     IT IS ADJUDGED that judgment is entered in favor of defendant

Commissioner of Social Security for the reasons set forth in the

report and recommendation entered concurrently with this judgment.

DATED: July 15, 2008

                                   _____
                                        CORMAC J. CARNEY
                                   UNITED STATES DISTRICT JUDGE